```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
THE UNIVERSAL CHURCH, INC.,

        Plaintiff and Counterclaim-
        Defendant,

  - against -

UNIVERSAL LIFE CHURCH/ULC MONASTERY
d/b/a THE UNIVERSAL LIFE CHURCH,
UNIVERSAL LIFE CHURCH MONASTERY
STOREHOUSE, GEORGE FREEMAN, BRUCE TAYLOR,
CALVIN TOELLNER and DANIEL CHAPIN,

        Defendants and
        Counterclaim-Plaintiffs.
------------------------------------------X

**CORRECTED FINAL JUDGMENT**

14 Civ. 5213 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** defendants UNIVERSAL LIFE CHURCH/ULC MONASTERY d/b/a THE UNIVERSAL LIFE CHURCH, UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, GEORGE FREEMAN, BRUCE TAYLOR and CALVIN TOELLNER ("defendants") having moved for summary judgment and

    **WHEREAS** plaintiff THE UNIVERSAL CHURCH, INC. having moved for summary judgment and

    **WHEREAS** the Court having issued a Memorandum and Order on August 8, 2017, granting summary judgment to defendants and denying plaintiff's motion for summary judgment and dismissing plaintiff's First Amended Complaint, it is now

**DECLARED** that the mark Universal Church Registration No. 3,037,551 is generic, and it is further

**DECLARED** that the mark The Universal Church Registration No. 4,124,440 is generic, and it is further

**ORDERED** that the mark Universal Church Registration No. 3,037,551 is cancelled and the Commissioner of Patents and Trademarks is directed to cancel trademark Registration No. 3,037,551, and it is further

**ORDERED** that the mark The Universal Church Registration No. 4,124,440 is cancelled and the Commissioner of Patents and Trademarks is directed to cancel trademark Registration No. 4,124,440, and it is further

**ORDERED** that plaintiff's First Amended Complaint is dismissed with prejudice and that Judgment is entered for defendants, and it is further

**ORDERED** that the Court shall maintain jurisdiction over this action for the purpose of enforcing this Judgment.

Dated:    New York, New York
          September 20, 2017

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE